Provided to [illegible] on 1/4/21 for Mailing
By (officer initials) [illegible] RU

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE Division

## CIVIL RIGHTS COMPLAINT FORM

RICHARD UTRIA
#183499

CASE NUMBER: 3:21-cv-31-J-20MCR
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

FLORIDA DEPARTMENT OF CORRECTIONS IN THE STATE OF FLORIDA,

FILED 2021 JAN 12 AM 11:57
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** FLORIDA STATE PRISON MAIN/UNIT
   (Indicate the name and location)
   OF THE DEPARTMENT OF CORRECTIONS

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1. Parties to previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

    2. Court (if federal court, name the district; if state court, name the county): _____

    3. Docket Number: _____

    4. Name of judge: _____

    5. Briefly describe the facts and basis of the lawsuit: _____

    _____

    _____

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

    _____

    7. Approximate filing date: _____

    8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV.  PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: RICHARD UTRIA D.C #183499

Mailing address: FLORIDA STATE PRISON. P.O. BOX 800 RAIFORD, FLORIDA. 32083

B.  Additional Plaintiffs: _____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: STATE OF FLORIDA DEPARTMENT OF CORRECTIONS

Mailing Address: _____

_____

Position: PROPERTY-ROOM OF THE DEPARTMENT OF CORRECTIONS

Employed at: COLUMBIA CORRECTIONAL INSTITUTION

D.  Defendant: OFFICER: WASHINGTON

Mailing Address: _____

_____

DC 225 (Rev 2/2012)                                3

Position: _PROPERTY-ROOM AT SANTA ROSA C.I._

Employed at: _SANTA ROSA CORRECTIONAL INSTITUTION_

E. Defendant: _SERGEANT D. McBAY._

Mailing Address: _____

_____

Position: _PROPERTY-ROOM SERGEANT AT APALACHEE CI_

Employed at: _APALACHEE CORRECTIONAL INSTITUTION_

F. Defendant: _SERGEANT R. ADAMS._

Mailing Address: _____

_____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

33-103.010 Inmate Grievances Regarding lost personal property. Grievances concerning lost personal property shall be processed according to the provisions of this chapter and paragraphs 33-602.201(14)(a) through (e), F.A.C.

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On 1/20/2017, I was transfer from (ACI East unit (CSU) to (Santa Rosa - C.I Annex (CSU) without any of my property and on 4/26/2017, I was transfer to (Dade C.I (TCU) again without any of my property. On 5/11/2017, I had filed an informal grievance to the property-Room at (Dade CI) and they Responed that "they was going to call (ACI) and (Santa Rosa) to find out about my missing property. On 8/19/2017, formal grievance was filed and Approved see log #: 1706-463-145 at (Dade CI) to the items missing from my property to process the Reimbursement of all my missing property items.

by (J. Jones, AWP) and (J. Colon, warden.) property-room officer (L. Johnson) at (Dade CI) contacted sergeant (D. Mcbay at (Santa Rosa) and she provided a property list dated on 1/20/2017. Sergeant (R. Adams) property officer at (ACI) was also contacted VIA PHONE and E-MAIL and determined that she didn't have any property for utria, on 1/10/2018. I was transfer back to (ACI) and was again approved of my missing property see log#: 17-6-47804. by (J. Greene,) on 4/17/2018. this time I was transfer to (Columbia CI) without any of my missing property from (ACI) so I filed an informal grievance to property-room officer (Washington). asking him that I was approved for my missing property and reimburement sence 8/19/2017 but yet to received any reimburement. Officer (Washington) from (CCI) responced ("that I have not provided any accurate property list of all the items that I had in my possession at that time") see log#: 201-1804-0158, and was denide, on 4/30/2018. I filed again an informal grievance with some of the items that corrections had lost. but the property-room officer at (CCI) responsed that I have no "proof" of what items are missing. so I filed anther grievance on 5/14/2018 to the property-room. at (CCI). and I stated how can I show receipts and provide any proof of all my lost items. if the institution lost all my property see log#: 201-1805-0202. but this issue has been APPROVED back in 8/19/2017 See log#: 1706-463-145. the department of corrections. Never found or Reimbursement of my missing personal property.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I would like for this court to have the department of corrections

to reimbursement me of All my missing and personal property:
* (50 pictures of family and friends. 8 of the photo's are from my passaway ~~bith~~ mother.) *(All my legal work) *(on case #: F07-1141 - CASE #: F07-040803)*
* (Latter's from family and friends)*( Food, SHOES, Socks, T-SHIRTS, Boots, Boxers, underwears, Rabio, blue shoes, stamps, envelopes, and more!)
I would like for this honorable court to grant me $10,800⁰⁰. I would also like to moves this honorable court to grant for the department of corrections to reimbursement me of all my legal documents

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __5__ day of __JANUARY__, 20__21__.

_Richard Utria #:183499_

RICHARD UTRIA #:183499

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**
I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of _____, 20____.